UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| The Municipality of BREMANGER;<br>the Municipality of HATTFJELLDAL;<br>the Municipality of HEMNES;<br>the Municipality of KVINESDAL;<br>the Municipality of NARVIK;<br>the Municipality of RANA; and<br>the Municipality of VIK,<br><br>                              Plaintiffs,<br><br>- against -<br><br>CITIGROUP GLOBAL MARKETS INC. and<br>CITIGROUP ALTERNATIVE INVESTMENTS LLC,<br><br>                              Defendants. | 09 Civ. 7058 (VM) (KNF)<br><br>ECF CASE |

### DECLARATION OF DANIEL H. LEVI IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, DANIEL H. LEVI, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

I am a lawyer at Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for Defendants in this action, Citigroup Global Markets Inc. ("CGMI") and Citigroup Alternative Investments LLC ("CAI"). This declaration is submitted in support of Defendants' Motion for Summary Judgment.

I submit with this declaration 2 volumes of record material, including documents and excerpts from deposition transcripts that are relevant to Defendants' motion.

Doc#: US1:8079790v1

I have included only relevant excerpts of deposition transcripts along with pertinent contextual testimony. If the Court would like copies of the complete deposition transcripts, Defendants will gladly provide them.

For documents originally in Norwegian, I have included translations.

**Correspondence between Terra and the Norwegian FSA**

1. Exhibit 1 is a letter dated November 1, 2007, from Svein Erik Nordang to the Financial Supervisory Authority of Norway, Kredittilsynet (the "FSA").

2. Exhibit 2 is a letter dated November 15, 2007, from Svein Erik Nordang to the FSA.

3. Exhibit 3 is an email dated November 18, 2007, with letter attached, from Svein Erik Nordang to Aud Krogstad and Erik V. Pedersen.

**Deposition Transcripts**

4. Exhibit 4 is excerpts from the transcript of the December 1 and 2, 2011 deposition of Knut Anders Opstad.

**Contention Interrogatories**

5. Exhibit 5 is Plaintiff Bremanger's Responses to Defendants' Contention Interrogatories, dated April 20, 2012. Bremanger was asked to identify all false statements made by Defendants. Bremanger identified 19 statements made by "Citigroup," all of which are statements allegedly made in the "TOB Capital Fund marketing presentations." Bremanger did not identify any false oral statements made by Hans-Jacob Hafsteen, Peter Arnold, or any employees of CAI or CGMI.

6. Exhibit 6 is Plaintiff Hattfjelldal's Responses to Defendants' Contention Interrogatories, dated April 20, 2012. Hattfjelldal was asked to identify all false statements

made by Defendants. Hattfjelldal identified 19 statements made by "Citigroup," all of which are statements allegedly made in the "TOB Capital Fund marketing presentations." Hattfjelldal did not identify any false oral statements made by Hans-Jacob Hafsteen, Peter Arnold, or any employees of CAI or CGMI.

7. Exhibit 7 is Plaintiff Hemnes's Responses to Defendants' Contention Interrogatories, dated April 20, 2012. Hemnes was asked to identify all false statements made by Defendants. Hemnes identified 19 statements made by "Citigroup," all of which are statements allegedly made in the "TOB Capital Fund marketing presentations." Hemnes did not identify any false oral statements made by Hans-Jacob Hafsteen, Peter Arnold, or any employees of CAI or CGMI.

8. Exhibit 8 is Plaintiff Kvinesdal's Responses to Defendants' Contention Interrogatories, dated April 20, 2012. Kvinesdal was asked to identify all false statements made by Defendants. Kvinesdal identified 19 statements made by "Citigroup," all of which are statements allegedly made in the "TOB Capital Fund marketing presentations." Kvinesdal did not identify any false oral statements made by Hans-Jacob Hafsteen, Peter Arnold, or any employees of CAI or CGMI.

9. Exhibit 9 is Plaintiff Narvik's Responses to Defendants' Contention Interrogatories, dated April 20, 2012. Narvik was asked to identify all false statements made by Defendants. Narvik identified 19 statements made by "Citigroup," all of which are statements allegedly made in the "TOB Capital Fund marketing presentations." Narvik did not identify any false oral statements made by Hans-Jacob Hafsteen, Peter Arnold, or any employees of CAI or CGMI.

10. Exhibit 10 is Plaintiff Rana's Responses to Defendants' Contention Interrogatories, dated April 20, 2012. Rana was asked to identify all false statements made by Defendants. Rana identified 19 statements made by "Citigroup," all of which are statements allegedly made in the "TOB Capital Fund marketing presentations." Rana did not identify any false oral statements made by Hans-Jacob Hafsteen, Peter Arnold, or any employees of CAI or CGMI.

11. Exhibit 11 is Plaintiff Vik's Responses to Defendants' Contention Interrogatories, dated April 20, 2012. Vik was asked to identify all false statements made by Defendants. Vik identified 19 statements made by "Citigroup," all of which are statements allegedly made in the "TOB Capital Fund marketing presentations." Vik did not identify any false oral statements made by Hans-Jacob Hafsteen, Peter Arnold, or any employees of CAI or CGMI.

I declare, under penalty of perjury, that the foregoing statements are true.

Dated: August 8, 2012
New York, New York

_____
Daniel H. Levi